UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOLMA KALSANG,<br><br>　　　　Plaintiff,<br><br>　　　　　　v.<br><br>TANGO PUBLISHING CORP, et al ,<br><br>　　　　Defendants. | Case No. 1:18-CV-06823<br><br>**NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that ANTHONY R. PORTESY, Esq., an associate attorney at Varacalli & Hamra, LLP, hereby enters his appearance on behalf of Defendants in the above-entitled action. I am admitted to practice in this court and my bar number is AP-3804. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: August 30, 2018
　　　　New York, NY

　　　　　　　　　　　　　　　　　　VARACALLI & HAMRA, LLP

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANTHONY R. PORTESY, ESQ.
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　32 Broadway, Suite 1818
　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　Tel.: (646) 590-0571
　　　　　　　　　　　　　　　　　　Fax.: (646) 619-4012
　　　　　　　　　　　　　　　　　　E-mail: aportesy@vhllp.com